John M. DICKSON, Jr., Plaintiff–
Appellant,

v.

Officer Sorel V. UTSEY, in his official
and individual capacity; City of New-
port News Police Chief James D. Fox,
in his official and individual capacity,
acting under color of state law; City
of Newport News Police Department,
in its official capacity, and as a person
acting under color of state law; Clerk
Mrs/Ms Jane Doe of the General Dis-
trict Court the Traffic/Civil Division,
in her individual capacity acting un-
der color of state law, Defendants–
Appellees.

No. 14–1926.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

John M. Dickson, Jr., Appellant Pro Se.
Darlene P. Bradberry, Office of the City
Attorney, Newport News, Virginia, for Ap-
pellees.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the dis-
trict court's order denying relief on his
civil complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Dickson v. Utsey*,
No. 4:13–cv–00057–AWA–DEM (E.D.Va.
July 29, 2014). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED.*